UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEST COAST IMPORTS, INC.,

                Plaintiff,

– against –

E. MISHAN & SONS, INC.,

                Defendant.

**ORDER**

22 Civ. 08537 (ER)

Ramos, D.J.:

      West Coast Imports, Inc. filed this action on October 6, 2022, and submitted an amended complaint on July 17, 2023. Docs. 1, 34. On July 31, 2023, E. Mishan & Sons, Inc. answered the amended complaint and asserted counterclaims against West Coast Imports, Inc. Doc. 36. On September 13, 2023, a civil case discovery plan and scheduling order was entered. Doc. 40. On January 29, 2024, E. Mishan & Sons, Inc. requested a pre-motion conference for its request that the case be stayed pending *ex parte* reexaminations of the asserted patents at the U.S. Patent and Trademark Office. Doc. 44. At a conference held on February 15, 2024, the Court directed fact discovery to continue but stayed the rest of the case pending the patent reexaminations. *See* Min. Entry dated Feb. 15, 2024. There has been no activity in the instant civil matter since then.

      The parties are directed to submit a joint status report by July 21, 2025.

It is SO ORDERED.

Dated:   July 14, 2025
            New York, New York

                                                            EDGARDO RAMOS, U.S.D.J.