UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEST COAST IMPORTS, INC.,

                Plaintiff,

– against –

E. MISHAN & SONS, INC.,

                Defendant.

**ORDER**

22 Civ. 08537 (ER)

Ramos, D.J.:

      West Coast Imports, Inc. filed this action on October 6, 2022, and submitted an amended complaint on July 17, 2023. Docs. 1, 34. On July 31, 2023, E. Mishan & Sons, Inc. ("Emson") answered the amended complaint and asserted counterclaims against West Coast Imports. Doc. 36. On September 13, 2023, a civil case discovery plan and scheduling order was entered. Doc. 40. On January 29, 2024, Emson requested a pre-motion conference for its request that the case be stayed pending *ex parte* reexaminations of the asserted patents at the U.S. Patent and Trademark Office. Doc. 44. At a conference held on February 15, 2024, the Court directed fact discovery to continue but stayed the rest of the case pending the patent reexaminations. *See* Min. Entry dated Feb. 15, 2024.

      On July 21, 2025, the parties filed a status update in which West Coast stated, in part, that the reexamination proceedings for the '390 and '695 patents had resulted in the cancellation of those patents, and that it intended to request a pre-motion conference for a motion to amend the complaint to remove those patents. Doc. 50. West Coast also claimed that Emson has failed to respond to its discovery requests. *Id.* Emson contested that allegation and argued that the lawsuit should now be dismissed in its entirety. *Id.*

Since then, there has been no further activity in this case.

  The parties are therefore instructed to submit a status report by no later than October 15, 2025.

It is SO ORDERED.

Dated: October 8, 2025
    New York, New York

                    EDGARDO RAMOS, U.S.D.J.