**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WEST COAST IMPORTS, INC.,

Plaintiff,

v.

E. MISHAN & SONS, INC.,

Defendant.

**ORDER DISMISSING COUNTS I
AND II OF PLAINTIFF'S
AMENDED COMPLAINT AND
COUNTS II, III, V AND VI OF
DEFENDANT'S
COUNTERCLAIMS**

Civ. Action No. 1:22-CV-08537-ER-SN

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and for good cause shown, it is hereby:

**ORDERD** that:

1.  Count I (Infringement of U.S. Patent No. 11,428,390) and Count II (Infringement of U.S. Patent No. 11,692,695) of the Amended Complaint (Dkt. 34) are hereby **DISMISSED WITH PREJUDICE**;

2.  Counts II, III, V and VI of the Counterclaims in the Answer (Dkt. 36) are hereby **DISMISSED as moot**; and

3.  The dismissal of these counts shall not affect the remaining claims in the Amended Complaint or Answer/Counterclaims, which shall proceed in accordance with the Court's scheduling order.

**SO ORDERED.**

Dated: November 5, 2025

New York, New York

_____
Edgardo Ramos, U.S. District Judge